**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

JOSE REYES REYES

    Petitioner

       v.

UNITED STATES OF AMERICA

    Respondent.

Civ. No. 05-1841(PG)

 (Re: Crim. No.99-330(PG)

| Re: | ORDER |
|-----|-------|
| Docket **# 7** – MAGISTRATE-JUDGE'S REPORT AND RECOMMENDATION | Upon careful review of the Magistrate Judge's Report and Recommendation ("R&R")--to which no objections were filed--the Court hereby **APPROVES** and **ADOPTS** the Magistrate Judge's R&R and DENIES petitioner's motion (Docket No. 1.) Judgment shall be entered dismissing the case. |

Date: March 1, 2006.

S/JUAN M. PEREZ-GIMENEZ

U.S. District Judge